PROB 12B
(08/16)

August 8, 2019
pacts id: 3155653

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Christopher Flores (English)        **Dkt No.:** 17CR00185-001-BAS

**Name of Sentencing Judicial Officer:** The Honorable Cynthia Ann Bashant, U.S. District Judge

**Sentence:** 5 months' custody; 2 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** April 8, 2019

**Date Supervised Release Commenced:** July 15, 2019

**Prior Violation History:** Yes. Please refer to prior court correspondence.

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Christopher Flores shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

### CAUSE

On July 15, 2019, Mr. Flores released from custody and commenced his term of supervised release in the Central District of California. Upon completing the initial interview, the probation officer determined Ms. Flores would benefit from participation in a drug aftercare treatment program and requested the conditions of his supervised release modified. Ms. Flores agreed to a modification of the conditions of supervised release for purposes of adding the aforementioned special condition and signed a Waiver of Hearing, which is attached for the court's review. Therefore, the probation officer respectfully recommends the court modify the conditions of supervised release, as specified herein.

Respectfully submitted:

by _____
Jennifer Avila
U.S. Probation Officer
(760) 339-4207

Reviewed and approved:

_____
Pascual Linarez
Supervising U.S. Probation Officer

PROB12B

Name of Offender: Christopher Flores  
Docket No.: 17CR00185-001-BAS

August 8, 2019  
Page 2

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above.

_____ Other _____

_____

_____  
The Honorable Cynthia Ann Bashant  
U.S. District Judge

__8-12-19__  
Date

NF